UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

    -V-

Christopher Grief
-------------------------------------------------X

ORDER
APPOINTING COUNSEL

Docket #: MJ-14-1179-AKT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ SEP 24 2014 ★
LONG ISLAND OFFICE

835

    Because **Christopher Grief** has testified under oath or has otherwise satisfied this Court of financial inability to employ counsel, the Federal Defender Services of New York is hereby appointed to represent this person in the above designated case. If appointment is made by a Magistrate and the case subsequently proceeds to the United States District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Dated: September 24, 2014
    Central Islip, New York

_____
**A. KATHLEEN TOMLINSON**
**UNITED STATES MAGISTRATE JUDGE**

---

TO: ROBERT C. PALMER, CLERK OF COURT
    UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK

**NOTICE OF APPEARANCE**

    The Federal Defender Services of New York enters it's appearance for **Christopher Grief** the defendant in the above listed action.

Dated: September 24, 2014
    Central Islip, New York

FEDERAL DEFENDER SERVICES
OF NEW YORK, INC.
BY: _____
Tracey Gaffey