# CRIMINAL CAUSE FOR ARRAIGNMENT/INITIAL APPEARANCE

**BEFORE:** A. Kathleen Tomlinson, U.S.M.J.    **DATE:** 9-24-2014    **TIME:** 3:00 p.m. (32 minutes)

**DOCKET #:** MJ-14-835-AKT    **CAPTION:** USA v. Grief

**DEFENDANT:** Christopher Grief    **COUNSEL:** Tracey Gaffey
_X_ Present    ___ Not Present    _X_ In custody    ___ Bail    ___ CJA    ___ Retained    _X_ Federal Defenders

**A.U.S.A.:** Allen Bode    **INTERPRETER:** N/A (sworn/affirms)    **LANGUAGE:** ___

**COURT REPORTER:** N/A    **PRETRIAL REPORT PREPARED BY:** Robert Stehle    _X_ present ___ not present

**FTR:** 3:54-4:26    **COURTROOM DEPUTY:** Mary Ryan

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT SEP 24 2014 LONG ISLAND OFFICE

_X_ Defendant(s) arraigned on the Complaint AND Order

_X_ Defendant(s) initial appearance.

___ Waiver of Speedy Indictment executed: Time excluded from _____ to _____

___ Preliminary Hearing Scheduled for: _____ At _____ before _____

_X_ Preliminary Hearing Waived. Waiver executed.

___ Order Setting Conditions of Release and Bond entered for defendant(s). Special conditions apply. See bond for details.

___ Bail set for: _____

___ Temporary Order of Detention entered for defendant (s): _____

___ Detention Hearing scheduled for: _____ at _____ before Magistrate Judge A. Kathleen Tomlinson.

_X_ Permanent Order of Detention entered for defendant.

___ Removal Proceeding: ___Yes ___No

___ Commitment to Another District executed.

___ Waiver of Rule 40 Hearing.

___ Status Conference set for: _____

___ Defendant(s) _____ continued on Bond.

_X_ Defendant remains in custody.

___ Defendant released on bond.

**OTHER:**
Agent sworn as to complaint.

Tracey Gaffey (Fed. Def.) appointed counsel for defendant.

Pretrial to arrange for a mental health evaluation from an independent psychiatrist. The Court has directed examination and written evaluation within 21 days.

No bail package presented at this time.