## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: A. Kathleen Tomlinson, U.S.M.J.

DATE: 10-1-2014    TIME: 2:23 p.m.  (17 minutes)

DOCKET NUMBER: MJ-14-835-AKT          TITLE: USA v. Grief

DEFT NAME: Christopher Grief          DEFT: #1
 X  PRESENT  ___ NOT PRESENT    X  IN CUSTODY  ___ ON BAIL

ATTY. FOR DEFT.:  Tracey Gaffey
 X  PRESENT       ___ NOT PRESENT
 ___ C.J.A.    ___ RET    X  FED. DEF.

A.U.S.A.: Allen Bode       PRETRIAL OFFICER: Robert Stehle, present

COURTROOM DEPUTY: Mary Ryan

FTR: 2:23-2:40

 X   CASE CALLED.  ALL COUNSEL PRESENT.

 x   CONFERENCE HELD.

 ___ NEXT STATUS CONFERENCE SCHEDULED FOR __/__/2014 at _____
     BEFORE DISTRICT JUDGE DENIS R. HURLEY.

 ___ APPLICATION AND ORDER OF EXCLUDABLE DELAY executed.
     Defendant waives speedy indictment from __/__/2014 through
     __/__/2014.

 X   DEFT. CONTINUED IN CUSTODY.

 X   OTHER: Ms. Gaffey reports of incident at jail involving defendant and another inmate. She reports that Mr. Grief has since been transferred to the MDC.  Order for mental health evaluation handed up from Ms. Gaffey with no opposition from Goverment, executed.

FILED
IN CLERK'S OFFICE
COURT E.D.N.Y.
OCT 01 2014 ★
LONG ISLAND OFFICE