```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA                    O R D E R

    - against -                             14 M 835

CHRISTOPHER GRIEF,

               Defendant.
- - - - - - - - - - - - - - - X
```

Upon the application on behalf of Christopher Grief, by Tracey Gaffey, of the Federal Defenders of New York, Inc. appointed counsel for the defendant, it is hereby ORDERED that Dr. Theresa DeSantis, a Psychologist at First Light Psychological Services, PLLC., be permitted to enter the Metropolitan Detention Center in Brooklyn, New York ("MDC") with all her testing equipment, which may include a laptop computer at a time mutually convenient to the MDC and Dr. DeSantis in order to conduct an evaluation of Christopher Grief, Registration number 85395-053.

Dated: Central Islip, New York
       October 1, 2014

_____
HONORABLE A. KATHLEEN TOMLINSON
UNITED STATES MAGISTRATE
EASTERN DISTRICT OF NEW YORK