## CRIMINAL CAUSE FOR ARRAIGNMENT

**BEFORE: Bianco,J.**           **DATE: 10/21/2014**     **TIME: 11:00 p.m.**
                                                        **TIME IN COURT: 15 minutes**

**DOCKET NUMBER: CR 14-0555**      **TITLE: USA v. Christopher Grief**

**DEFT NAME: Christopher Grief**           **DEFT: # 1**
 **X PRESENT** ___NOT PRESENT      **X  IN CUSTODY**    ___ ON BAIL

**ATTY. FOR DEFT.:Tracey Gaffey**
 **X PRESENT** ___NOT PRESENT                    ___RET      ___C.J.A.
                                                 **X FED. DEF. OF NY, INC.**

**A.U.S.A.: Allen Bode**                     **DEPUTY CLERK: Michele Savona**

**COURT REPORTER:**  **X** P. AUERBACH    ___E. COMBS      ___P. LOMBARDI
  ___H. RAPAPORT      ___M. STEIGER    ___D. TURSI      ___O. WICKER
  ___S. PICOZZI

**INTERPRETER:** _____

 **X**   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 **X**   FIRST APPEARANCE OF DEFENDANT.

___   DEFT(S) STATES TRUE NAME TO BE:_____

 **X**   DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE <u>INDICTMENT</u>.

___   WAIVER OF INDICTMENT EXECUTED.

___   CASE ADJOURNED TO

___   BAIL CONTINUED FOR DEFENDANT.

 **X**   DEFT. CONTINUED IN CUSTODY.

___   ORDER OF DETENTION ENTERED.

___   BAIL SET AT _____

___   MOTIONS TO BE FILED BY_____

___   GOVERNMENT'S RESPONSE DUE_____

___   REPLY PAPERS, IF ANY, DUE_____

 **X**   SPEEDY TRIAL INFORMATION:
       CODE TYPE: X-T          START DATE: 10/21/2014 XSTRT
                               STOP DATE: 11/17/2014 XSTOP

 **X**   NEXT STATUS CONFERENCE SET FOR November 17, 2014 at 11:00 a.m.

___   OTHER:_____