CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.          DATE: 11/18/2014     TIME: 11:54 p.m.
                                                TIME IN COURT: 7 minutes

DOCKET NUMBER: CR 14-0555     TITLE: USA v. Christopher Grief

DEFT NAME: Christopher Grief         DEFT: # 1
 X PRESENT    NOT PRESENT    X  IN CUSTODY      ON BAIL

ATTY. FOR DEFT.: Tracey Gaffey
 X PRESENT    NOT PRESENT                    RET      C.J.A.
                                           X FED. DEF. OF NY, INC.

A.U.S.A.: Allen Bode                 DEPUTY CLERK: Jasmine Torres

COURT REPORTER:    P. AUERBACH    E. COMBS    P. LOMBARDI
   H. RAPAPORT    M. STEIGER    D. TURSI   X  O. WICKER
   S. PICOZZI

INTERPRETER:

 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

      FIRST APPEARANCE OF DEFENDANT.

      DEFT(S) STATES TRUE NAME TO BE:

      DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

      WAIVER OF INDICTMENT EXECUTED.

      CASE ADJOURNED TO

      BAIL CONTINUED FOR DEFENDANT.

 X    DEFT. CONTINUED IN CUSTODY.

      ORDER OF DETENTION ENTERED.

      BAIL SET AT

      MOTIONS TO BE FILED BY

      GOVERNMENT'S RESPONSE DUE

      REPLY PAPERS, IF ANY, DUE

 X    SPEEDY TRIAL INFORMATION:

**CODE TYPE:** __X-T__        **START DATE:** 11/17/2014 XSTRT
                              **STOP DATE:** 1/8/2015 XSTOP

__X__  NEXT STATUS CONFERENCE SET FOR January 8, 2015 at 1:30 p.m.

___  OTHER: