

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

November 21, 2014

By Mail and ECF

Tracey L. Gaffey, Esq.
770 Federal Plaza
Central Islip, NY 11722

    Re:  United States v. Christopher Grief
          Criminal Docket No. 14 CR 555

Dear Ms. Gaffey:

    Pursuant to your request, enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government also requests reciprocal discovery from the defendant.

    The Government's Discovery

    1.    Statements of the Defendant

    The statements of the defendant are set forth in the complaint and attached report.

    2.    The Defendant's Criminal History

    The defendant's criminal history, if any, is set forth in the Pretrial Report.

3.  Documents and Tangible Objects

A.  Documents and Objects - The following records are attached:

| Description | Pages |
|---|---|
| Receipt for Property Received | 1-2 |
| Digital Photograph Log/ Sketch | 3-6 |
| Report of Arrest | 7-8 |
| Statement of Rights | 9 |
| Written Statement and Initialed Text | 10-12 |
| Consent to Assume Online Presence | 13 |
| Booking Package Photos | 14-15 |
| U.S.M.S Prisoner Intake Form | 16-26 |
| Optimum Online Records | 27-28 |
| Public Records | 20-38 |
| Search Warrant Photographs | On Disk |

B.  Documents and Objects Available for Inspection:

| Description |
|---|
| Child Pornography images and video downloaded by Grief and possessed on items seized |

4.  Summary of Expert Testimony

The government intends to call expert witnesses to testify as to forensic examinations and digital evidence. The government will comply with Fed. R. Crim. P. 16(a)(1)(G) by notifying you in a timely fashion of any expert the government intends to call at trial and by providing you with a summary of that expert's opinion.

5.  Brady Material

The government is not aware of any exculpatory material or information discoverable under Brady v. Maryland, 33 U.S. 83 (1963) and its progeny. The government is aware of its continuing duty to disclose exculpatory

2

information. If and when such information becomes known to the government, it will be promptly disclosed.

    6.   <u>Other Crimes, Wrongs or Acts</u>

The government will provide notice prior to trial pursuant to Federal Rule of Evidence 404(b) and 414 concerning any such evidence. Additional details will be provided in advance of trial upon request.

    7.   <u>Bill of Particulars</u>

Given that the pleadings and discovery in this matter adequately apprize the defendant of the nature of the charges in this matter, the government does not intend to provide a bill of particulars at this time.

    8.   <u>The Defendant's Required Disclosure</u>

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, data, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify. <u>See</u> Fed. R. Crim. P. 26.2. In order to avoid unnecessary delays, the government requests that the defendant have copies of those statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony that the defendant intends to use as evidence at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence. The summary should describe the opinions of the witnesses, the bases and reasons for the opinions, and the qualification of the witnesses.

Pursuant to Fed. R. Crim. P. 12.3, the government hereby demands written notice of the defendant's intention, if any, to claim a defense of actual or believed exercise of public authority, and also demands the names and addresses of the witnesses upon whom the defendant intends to rely in establishing the defense identified in any such notice.

9.   Future Discussions

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and

4

signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in Lafler v. Cooper, 132 S. Ct. 1376 (2012), and Missouri v. Frye, 132 S. Ct. 1399 (2012).

                                      Very truly yours,

                                      LORETTA E. LYNCH
                                      United States Attorney

                              By:  _____
                                   Allen L. Bode
                                   Assistant U.S. Attorney

Enclosures

cc: The Honorable Judge Bianco (without encl.)