UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

F I L E D
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 09 2015 ★
LONG ISLAND OFFICE

------------------------------------------------------------X
UNITED STATES OF AMERICA

-V-

Christopher Grief

------------------------------------------------------------X

WAIVER OF SPEEDY TRIAL

14-cr-0555    (JFB)

It is hereby stipulated that the time period from 1/9/15 to 3/11/15 be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

[X] engagement in continuing plea negotiations;
[ ] examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A) regarding mental or physical capacity;
[ ] submission of pretrial motions through hearing or other disposition pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or

[ ] _____

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court [X] approves this Speedy Trial Waiver [X] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: Jan. 9, 2015
Central Islip, NY

Joseph F. Bianco, U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney: _____

Defendant # 1: _____  Counsel: _____

Defendant # 2: _____  Counsel: _____

Defendant # 3: _____  Counsel: _____

Defendant # 4: _____  Counsel: _____