## CRIMINAL CAUSE FOR BAIL HEARING

**BEFORE:** Bianco,J.          **DATE:** 1/26/2015          **TIME:** 1:00 p.m.
                                                           **TIME IN COURT:** 7 minutes

**DOCKET NUMBER:** CR 14-0555          **TITLE:** USA v. Christopher Grief

**DEFT NAME:** Christopher Grief          **DEFT:** # 1
 X  PRESENT  ___ NOT PRESENT     X  IN CUSTODY  ___ ON BAIL

**ATTY. FOR DEFT.:** Tracey Gaffey
 X  PRESENT  ___ NOT PRESENT                    ___ RET    ___ C.J.A.
                                                 X  FED. DEF. OF NY, INC.

**A.U.S.A.:** Allen Bode                    **DEPUTY CLERK:** Michele Savona

**COURT REPORTER:**  X  P. AUERBACH   ___ E. COMBS   ___ P. LOMBARDI
  ___ H. RAPAPORT   ___ M. STEIGER   ___ D. TURSI   ___ O. WICKER
  ___ S. PICOZZI

**INTERPRETER:** _____

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___  FIRST APPEARANCE OF DEFENDANT.

___  DEFT(S) STATES TRUE NAME TO BE: _____

___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

___  WAIVER OF INDICTMENT EXECUTED.

___  CASE ADJOURNED TO

___  BAIL CONTINUED FOR DEFENDANT.

 X   DEFT. CONTINUED IN CUSTODY.

___  ORDER OF DETENTION ENTERED.

___  BAIL SET AT _____

___  MOTIONS TO BE FILED BY _____

___  GOVERNMENT'S RESPONSE DUE _____

___  REPLY PAPERS, IF ANY, DUE _____

___  SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-T         START DATE: //2015 XSTRT
                             STOP DATE:  //2015 XSTOP

___  NEXT STATUS CONFERENCE SET FOR _____

 X   OTHER: Bail is denied. Courts decision was made on the record.