## CRIMINAL CAUSE FOR BAIL HEARING

BEFORE: Bianco,J.       DATE: 2/12/2015       TIME:1:00 p.m.
                                              TIME IN COURT: 7 minutes

DOCKET NUMBER: CR 14-0555       TITLE: USA v. Christopher Grief

DEFT NAME: Christopher Grief       DEFT: # 1
__ PRESENT  X  NOT PRESENT       X  IN CUSTODY       __ ON BAIL

ATTY. FOR DEFT.: Tracey Gaffey
 X PRESENT    __ NOT PRESENT                       __ RET    __ C.J.A.
                                                   X FED. DEF. OF NY, INC.

A.U.S.A.: Allen Bode                       DEPUTY CLERK: Michele Savona

COURT REPORTER:    __ P. AUERBACH    __ E. COMBS    __ P. LOMBARDI
 X R. Tolkin       __ M. STEIGER     __ D. TURSI    __ O. WICKER
 __ S. PICOZZI

INTERPRETER: _____

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 __  FIRST APPEARANCE OF DEFENDANT.

 __  DEFT(S) STATES TRUE NAME TO BE: _____

 __  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

 __  WAIVER OF INDICTMENT EXECUTED.

 __  CASE ADJOURNED TO

 __  BAIL CONTINUED FOR DEFENDANT.

 X   DEFT. CONTINUED IN CUSTODY.

 __  ORDER OF DETENTION ENTERED.

 __  BAIL SET AT _____

 __  MOTIONS TO BE FILED BY _____

 __  GOVERNMENT'S RESPONSE DUE _____

 __  REPLY PAPERS, IF ANY, DUE _____

 __  SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-T        START DATE: 2/12/2015 XSTRT
                            STOP DATE:  2/24/2015 XSTOP

 __  NEXT STATUS CONFERENCE SET FOR _____

 __  OTHER: _____