CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.          DATE: 2/24/2015     TIME: 2:00 p.m.
                                               TIME IN COURT: 2 minutes

DOCKET NUMBER: CR 14-0555      TITLE: USA v. Christopher Grief

DEFT NAME: Christopher Grief          DEFT: # 1
___ PRESENT  x  NOT PRESENT       X  IN CUSTODY     ___ ON BAIL

ATTY. FOR DEFT.: Tracey Gaffey
 X  PRESENT   ___ NOT PRESENT                  ___ RET    ___ C.J.A.
                                                X  FED. DEF. OF NY, INC.

A.U.S.A.: Allen Bode                      DEPUTY CLERK: Jasmine Torres

COURT REPORTER: ___ P. AUERBACH   ___ E. COMBS   ___ P. LOMBARDI
  ___ H. RAPAPORT   ___ M. STEIGER   ___ D. TURSI   ___ O. WICKER
  ___ S. PICOZZI

FTR: 2:00-2:02

INTERPRETER: _____

 X  CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___ FIRST APPEARANCE OF DEFENDANT.

___ DEFT(S) STATES TRUE NAME TO BE: _____

___ DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

___ WAIVER OF INDICTMENT EXECUTED.

___ CASE ADJOURNED TO

___ BAIL CONTINUED FOR DEFENDANT.

 X  DEFT. CONTINUED IN CUSTODY.

___ ORDER OF DETENTION ENTERED.

___ BAIL SET AT _____

___ MOTIONS TO BE FILED BY _____

___ GOVERNMENT'S RESPONSE DUE _____

___ REPLY PAPERS, IF ANY, DUE _____

 X  SPEEDY TRIAL INFORMATION:
     CODE TYPE: X-T          START DATE: 2/24/2015 XSTRT
                             STOP  DATE: 2/26/2015 XSTOP

 X  NEXT STATUS CONFERENCE SET FOR 2/26/15 at 1:30 p.m.

___  **OTHER:** _____