## CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE:** Bianco,J.     **DATE:** 2/26/2015     **TIME:** 2:00 p.m.
                                                  **TIME IN COURT:** 15 minutes

**DOCKET NUMBER:** CR 14-0555     **TITLE:** USA v. Christopher Grief

**DEFT NAME:** Christopher Grief     **DEFT:** # 1
___ PRESENT  _x_ NOT PRESENT     _X_ IN CUSTODY  ___ ON BAIL

**ATTY. FOR DEFT.:** Tracey Gaffey
_X_ PRESENT  ___ NOT PRESENT               ___ RET  ___ C.J.A.
                                           _X_ FED. DEF. OF NY, INC.

**A.U.S.A.:** Allen Bode                **DEPUTY CLERK:** Jasmine Torres

**COURT REPORTER:**  ___ P. AUERBACH   ___ E. COMBS   ___ P. LOMBARDI
  ___ H. RAPAPORT   ___ M. STEIGER   ___ D. TURSI   _X_ O. WICKER
  ___ S. PICOZZI

**INTERPRETER:**

- _X_ CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.
- ___ FIRST APPEARANCE OF DEFENDANT.
- ___ DEFT(S) STATES TRUE NAME TO BE:
- ___ DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.
- ___ WAIVER OF INDICTMENT EXECUTED.
- ___ CASE ADJOURNED TO
- ___ BAIL CONTINUED FOR DEFENDANT.
- _X_ DEFT. CONTINUED IN CUSTODY.
- ___ ORDER OF DETENTION ENTERED.
- ___ BAIL SET AT
- ___ MOTIONS TO BE FILED BY
- ___ GOVERNMENT'S RESPONSE DUE
- ___ REPLY PAPERS, IF ANY, DUE
- _X_ SPEEDY TRIAL INFORMATION:
    CODE TYPE: _X-T_     START DATE: 2/26/2015 XSTRT
                         STOP DATE: 3/31/2015 XSTOP
- _X_ NEXT STATUS CONFERENCE SET FOR 3/31/15 at 1:30 p.m.
- ___ OTHER: