## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.           DATE: 3/31/2015      TIME: 1:30 p.m.
                                                 TIME IN COURT: 15 minutes

DOCKET NUMBER: CR 14-0555      TITLE: USA v. Christopher Grief

DEFT NAME: Christopher Grief         DEFT: # 1
___ PRESENT  x  NOT PRESENT        X  IN CUSTODY      ___ ON BAIL

ATTY. FOR DEFT.: Tracey Gaffey
 X  PRESENT    ___ NOT PRESENT                ___ RET    ___ C.J.A.
                                              X  FED. DEF. OF NY, INC.

A.U.S.A.: Mark Missorek                DEPUTY CLERK: Michele Savona

COURT REPORTER:  ___ P. AUERBACH   ___ E. COMBS    ___ P. LOMBARDI
  ___ H. RAPAPORT   ___ M. STEIGER   ___ D. TURSI   ___ O. WICKER
  X  S. PICOZZI

INTERPRETER: _____

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___  FIRST APPEARANCE OF DEFENDANT.

___  DEFT(S) STATES TRUE NAME TO BE: _____

___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A
     NOT GUILTY PLEA TO THE INDICTMENT.

___  WAIVER OF INDICTMENT EXECUTED.

___  CASE ADJOURNED TO

___  BAIL CONTINUED FOR DEFENDANT.

 X   DEFT. CONTINUED IN CUSTODY.

___  ORDER OF DETENTION ENTERED.

___  BAIL SET AT _____

___  MOTIONS TO BE FILED BY _____

___  GOVERNMENT'S RESPONSE DUE _____

___  REPLY PAPERS, IF ANY, DUE _____

 X   SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-T         START DATE: 3/31/2015 XSTRT
                             STOP  DATE: 4/29/2015 XSTOP

 X   NEXT STATUS CONFERENCE SET FOR 4/29/15 at 10:00 a.m.

___  OTHER: _____