UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

......................................................X   **FILED**

UNITED STATES OF AMERICA          IN CLERK'S OFFICE
                                  U.S. DISTRICT COURT E.D.N.Y   WAIVER OF SPEEDY TRIAL

            -V-                    ★   **MAR 31 2015**   ★   14 -cr- 0555    (JFB)

Christopher Grief          LONG ISLAND OFFICE

......................................................X

        It is hereby stipulated that the time period from 3/31/15 to 4/29/15 be
excluded in computing time within which trial of the charges against the Defendant(s) must
commence.

        The parties agree to the exclusion of the foregoing period for the purpose(s) of:

        [X]     engagement in continuing plea negotiations;
        [ ]     examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A)
                regarding mental or physical capacity;
        [ ]     submission of pretrial motions through hearing or other disposition
                pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or

        [ ]     _____

        The Defendant has been fully advised by counsel of his/her rights guaranteed under the
Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74;
the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules
of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a
jury within a specified time period, not counting excusable periods.

        The Court [X] approves this Speedy Trial Waiver [ ] otherwise excludes the time
based upon its findings that this action serves the ends of justice and outweighs the best interest
of the public and this Defendant in a speedier trial.

        SO ORDERED.

Dated: March 31, 2015
Central Islip, NY                              _____
                                               Joseph F. Bianco, U.S.D.J.


Assistant U.S. Attorney or Special Assistant U.S. Attorney: _____

Defendant # 1: _____     Counsel: _____

Defendant # 2: _____     Counsel: _____

Defendant # 3: _____     Counsel: _____

Defendant # 4: _____     Counsel: _____