

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

March 19, 2015

By Mail and ECF

Tracey L. Gaffey, Esq.
770 Federal Plaza
Central Islip, NY 11722

      Re:    United States v. Christopher Grief
              Criminal Docket No. 14 CR 555

Dear Ms. Gaffey:

    Pursuant to your request, enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government also requests reciprocal discovery from the defendant. Further, pursuant to our conversation on March 11, 2015, these materials are being provided pursuant to your agreement not to share the materials with anyone outside the Long Island Federal Defenders Office.

    The Government's Discovery

    1.    Application for an Order Authorizing Interception of Electronic Communications.

    This application for an order authorizing interception of electronic communications was made on July 26, 2013.

    2.    Search and Seizure Warrant.

    A search and seizure warrant, issued on August 2, 2013 for a copy of 12 computer hard drives in RAID configuration with encrypted data and one computer hard drive with unencrypted data all obtained on July 22, 2013.

3. <u>Affidavit in Support of Search Warrant</u>

The affidavit was ordered on December 12, 2013, in support of the search warrant. The affidavit is from Douglas Macfarlane, a Special Agent with the Federal Bureau of Investigation (FBI) in support of an application to search the following items: (1) a copy of 12 computer hard drives in a RAID configuration containing encrypted data which were obtained on July 22, 2013; and (2) one computer hard drive containing unencrypted data obtained on July 31, 2013.

4. <u>Affidavit in Support of Application for an Order Authorizing Interception of Electronic Communications.</u>

This affidavit was made on July 26, 2013 and is submitted from Douglas Macfarlane, a Special Agent with the Federal Bureau of Investigation (FBI) in support of the Government's Application for an Order under Title 18, United States Code, Section 2518.

<u>Documents and Tangible Objects</u>

A. Documents and Objects - The following records are attached:

| Description | Pages |
|---|---|
| Application for an Order Authorizing Interception of Electronic Communications, executed on July 26, 2013 | 1-10 |
| Search and Seizure Warrant, issued on August 2, 2013 | 11-12 |
| Affidavit in Support of Search Warrant, executed on December 12, 2013 | 13-192 |
| Application for Search Warrant, issued on August 2, 2013 | 193 |

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: _____
Allen L. Bode
Assistant U.S. Attorney