## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.          DATE: 4/29/2015      TIME: 1:30 p.m.
                                                TIME IN COURT: 15 minutes

DOCKET NUMBER: CR 14-0555     TITLE: USA v. Christopher Grief

DEFT NAME: Christopher Grief          DEFT: # 1
___ PRESENT  x  NOT PRESENT      X   IN CUSTODY      ___ ON BAIL

ATTY. FOR DEFT.: Tracey Gaffey
 X  PRESENT     ___ NOT PRESENT                ___ RET      ___ C.J.A.
                                                X FED. DEF. OF NY, INC.

A.U.S.A.: Allen Bode                  DEPUTY CLERK: Michele Savona

COURT REPORTER:  X  P. AUERBACH    ___ E. COMBS    ___ P. LOMBARDI
___ H. RAPAPORT    ___ M. STEIGER    ___ D. TURSI    ___ O. WICKER
___ S. PICOZZI


INTERPRETER: _____

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___  FIRST APPEARANCE OF DEFENDANT.

___  DEFT(S) STATES TRUE NAME TO BE: _____

___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

___  WAIVER OF INDICTMENT EXECUTED.

___  CASE ADJOURNED TO

___  BAIL CONTINUED FOR DEFENDANT.

 X   DEFT. CONTINUED IN CUSTODY.

___  ORDER OF DETENTION ENTERED.

___  BAIL SET AT _____

___  MOTIONS TO BE FILED BY _____

___  GOVERNMENT'S RESPONSE DUE _____

___  REPLY PAPERS, IF ANY, DUE _____

 X   SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-T        START DATE: 4/29/2015 XSTRT
                            STOP DATE:  4/30/2015 XSTOP

 X   NEXT STATUS CONFERENCE SET FOR 4/30/15 at 10:30 a.m.

___  OTHER: _____