## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.          DATE: 4/30/2015     TIME: 11:00 p.m.
                                               TIME IN COURT: 15 minutes

DOCKET NUMBER: CR 14-0555     TITLE: USA v. Christopher Grief

DEFT NAME: Christopher Grief          DEFT: # 1
 X  PRESENT ___ NOT PRESENT      X  IN CUSTODY  ___ ON BAIL

ATTY. FOR DEFT.: Tracey Gaffey
 X  PRESENT ___ NOT PRESENT              ___ RET   ___ C.J.A.
                                          X  FED. DEF. OF NY, INC.

A.U.S.A.: Allen Bode                DEPUTY CLERK: Michele Savona

COURT REPORTER:  X  P. AUERBACH   ___ E. COMBS   ___ P. LOMBARDI
 ___ H. RAPAPORT   ___ M. STEIGER   ___ D. TURSI   ___ O. WICKER
 ___ S. PICOZZI

INTERPRETER: _____

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 ___ FIRST APPEARANCE OF DEFENDANT.

 ___ DEFT(S) STATES TRUE NAME TO BE: _____

 ___ DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

 ___ WAIVER OF INDICTMENT EXECUTED.

 ___ CASE ADJOURNED TO

 ___ BAIL CONTINUED FOR DEFENDANT.

 X   DEFT. CONTINUED IN CUSTODY.

 ___ ORDER OF DETENTION ENTERED.

 ___ BAIL SET AT _____

 ___ MOTIONS TO BE FILED BY _____

 ___ GOVERNMENT'S RESPONSE DUE _____

 ___ REPLY PAPERS, IF ANY, DUE _____

 X   SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-T          START DATE: 4/30/2015 XSTRT
                              STOP DATE:  6/26/2015 XSTOP

 X   NEXT STATUS CONFERENCE SET FOR 6/26/15 at 11:30 a.m.

 ___ OTHER: _____