Christopher Grief
#85395-053
MDC Brooklyn
Po Box 329002
Brooklyn, NY 11232

United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 22 2015   ★

LONG ISLAND OFFICE

Re: United States vs. Christopher Grief 14 CR 555

Dear Honorable Judge Bianco:

I have been continuously having issues regarding my conditions
here at MDC Brooklyn ever since I arrived. I am not sure what
I must do. I have followed procedures here when I needed to
but the staff here does not. There is absolutely no way to get
a concern addressed most of the time. Staff rarely ever answers
any request and my formal grievences are never properly addressed.
I have been doing everything in my power and by procedure here
but have barely gotten anywhere.

I am not recieving adequite ~~treatment~~ mental health treatment
or therapy and have been unable to get treatment at all for ~~sure~~
most of my symptoms and they refuse to treat me with medications
known to work for me and was taking prior to incarceration.
I am only seen regarding my medication once every 2-3
months and recieve no therapy at all. I continuously have issues
recieving my medication refills as well. At this time I have been

without one medication for a week. I have been hoping time will get my symptoms treated. ~~after~~ But it seems like with no action It will be years, if ever, until I'll be competant to proceed with this criminal case.

I have had many other small issues as well with most of the issues never getting resolved or if they get resolved its only for a short period of time. I have been ~~trying~~ needing to use a typewriter recently and a few months ago I got that issue resolved but the unit moved, this unit has no typewriter, and the Unit Counselor told me one would not be provided for the Unit and when I went to file a grievance over it I was yelled at and she didn't immidiately accept it. 28 C.F.R. § 543.11(4) mandates that the warden provide a typewriter for legal work.

I know I can enforce compliance with Bivens and APA claims but ~~they fail~~ I know I'd have difficulty litigating it mainly becuase It is difficult for me to focus and organize my thoughts without proper treatment.

I am only waiving my right to a speedy trial becuase I am unable to go to trial yet or make an informed decision until I am treated for my anxiety, ~~and~~ / ADHD / Autism properly and at this point it seems that wont happen

I am is not ready to go to trial but I feel concerned specifically waiving my right to it. As I believe my right to a speedy trial isn't there just to be able to quickly go to trial for no reason. It is my right so I can avoid, among other things, ~~any~~ pre-trial anxiety not knowing the disposition. I therefore no longer wish to specifically waive my rights. I am in no way ~~asserting~~ saying, I can go to trial yet but would like to reserve my rights ~~the~~ at this time due to the purpose of ~~my~~ that right.

I ask you TAKE NOTICE of these concerns and pray that, if able you take action neccisarry to restore my 5th amendment due process rights.

Respectfully Submitted,

Christopher Grief
#85395-053

MDC Brooklyn
Christopher Grief
#85395-053
P.O. Box 329002
Brooklyn, NY 11232



✳ Legal Mail ✳

Honorable Judge Bianco
100 Federal Plaza
Courtroom 920
Central Islip, NY 11722

✳ Legal Mail ✳

1172244300