```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :

         -v-                        :         ORDER
                                           14 CR 555 (JFB)
CHRISTOPHER GRIEF                   :

              Defendant
------------------------------------X
```

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUN 03 2015  ★

LONG ISLAND OFFICE

**WHEREAS,** Christopher Grief is the defendant in the above-captioned case;

**WHEREAS,** counsel for Mr. Grief having reason to believe that Mr. Grief may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, has requested a hearing pursuant to 18 U.S.C. §4241(a) it is hereby;

**ORDERED,** that a psychiatric or psychological examination be conducted on the defendant, Christopher Grief to determine whether he may presently be suffering from a mental disease or defect, including mental retardation, autism spectrum disorder, bi-polar disorder and attention deficit/hyperactivity disorder, rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him pursuant to 18 U.S.C. §4241(b);

**IT IS FURTHER ORDERED,** that as the defendant is in the

1

custody of the Attorney General the examination may take place at the defendant's place of incarceration or at another facility within the purview of the Attorney General.

**IT IS FURTHER ORDERED,** that the Bureau of Prisons shall fi⁻ a psychiatric or psychological report, pursuant to the provis ns of 18 U.S.C. 4247(c) with the Court, with copies to Tracey Gaffey, Esq. 770 Federal Plaza, Central Islip, New York ⁻ 22 and Assistant United States Attorney Allen L. Bode, 610 Fe  ral Plaza, Central Islip, New York 11722, setting forth  nter alia, an opinion as to the defendant's competence.

Dated:   Central Islip, New York
         June, 3  2015

So Ord ed:

Hon' ble Joseph F. Bianco
Ur ed States District Judge

2