**U.S. Department of Justice**

Federal Bureau of Prisons

Office of the Warden

---

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 26 2015 ★

LONG ISLAND OFFICE

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6423, (646) 836-7751 (Fax)

June 12, 2015

Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Courtroom 920
Central Islip, New York 11722

    **RE: CHRISTOPHER GRIEF**
    **REGISTER NUMBER: 85395-053**
    **CRIMINAL NUMBER: 14 CR 555 (JFB)**

Dear Judge Bianco:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Section 4241(b), dated June 3, 2015, in the case of Mr. Christopher Grief.

Mr. Grief was designated at the Metropolitan Correctional Center, New York, New York, on June 9, 2015. In order to provide the Court with a comprehensive and thorough report, we generally ask for 30 days from the date of arrival, thus concluding the evaluation on July 8, 2015. The report will be prepared and provided to the Court within two weeks after the conclusion of the evaluation.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

Maureen P. Baird
Warden

MPB/DB/db