CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.        DATE: 7/21/2015        TIME: 12:20 a.m.
                                                TIME IN COURT: 5 minutes

DOCKET NUMBER: CR 14-0555    TITLE: USA v. Christopher Grief

DEFT NAME: Christopher Grief        DEFT: # 1
 X PRESENT___NOT PRESENT      X  IN CUSTODY     ___ ON BAIL

ATTY. FOR DEFT.:Tracey Gaffey
 X PRESENT    NOT PRESENT                  ___RET      ___C.J.A.
                                           X FED. DEF. OF NY, INC.

A.U.S.A.:Allen Bode                DEPUTY CLERK: Lisa Florio

COURT REPORTER:   ___P. AUERBACH   ___E. COMBS   ___P. LOMBARDI
   ___H. RAPAPORT   ___M. STEIGER   ___D. TURSI   ___O. WICKER
   ___S. PICOZZI

FTR:12:20-12:25

INTERPRETER:

 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___   FIRST APPEARANCE OF DEFENDANT.

___   DEFT(S) STATES TRUE NAME TO BE:

___   DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A
      NOT GUILTY PLEA TO THE INDICTMENT.

___   WAIVER OF INDICTMENT EXECUTED.

___   CASE ADJOURNED TO

___   BAIL CONTINUED FOR DEFENDANT.

 X    DEFT. CONTINUED IN CUSTODY.

___   ORDER OF DETENTION ENTERED.

___   BAIL SET AT

___   MOTIONS TO BE FILED BY

___   GOVERNMENT'S RESPONSE DUE

___   REPLY PAPERS, IF ANY, DUE

**X**    SPEEDY TRIAL INFORMATION:
       CODE TYPE:   X-           START DATE: 7/21/2015 XSTRT
                                        STOP DATE: 9/10/2015 XSTOP

**X**    NEXT STATUS CONFERENCE SET FOR 9/10/15 at 1:30 p.m.

       OTHER: