## CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE:** Bianco,J.          **DATE:** 9/10/2015          **TIME:** 1:40 p.m.
                                                              **TIME IN COURT:** 15 minutes

**DOCKET NUMBER:** CR 14-0555     **TITLE:** USA v. Christopher Grief

**DEFT NAME:** Christopher Grief          **DEFT:** # 1
 _X_ PRESENT  ___ NOT PRESENT     _X_ IN CUSTODY   ___ ON BAIL

**ATTY. FOR DEFT.:** Tracey Gaffey
 _X_ PRESENT   ___ NOT PRESENT                 ___ RET    ___ C.J.A.
                                               _X_ FED. DEF. OF NY, INC.

**A.U.S.A.:** Allen Bode                **DEPUTY CLERK:** Michele Savona

**COURT REPORTER:**   ___ P. AUERBACH   ___ E. COMBS   ___ P. LOMBARDI
   ___ H. RAPAPORT   ___ M. STEIGER   ___ D. TURSI   _X_ O. WICKER
   ___ S. PICOZZI

**INTERPRETER:** _____

 _X_   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 ___   FIRST APPEARANCE OF DEFENDANT.

 ___   DEFT(S) STATES TRUE NAME TO BE: _____

 ___   DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

 ___   WAIVER OF INDICTMENT EXECUTED.

 ___   CASE ADJOURNED TO

 ___   BAIL CONTINUED FOR DEFENDANT.

 _X_   DEFT. CONTINUED IN CUSTODY.

 ___   ORDER OF DETENTION ENTERED.

 ___   BAIL SET AT _____

 ___   MOTIONS TO BE FILED BY _____

 ___   GOVERNMENT'S RESPONSE DUE _____

 ___   REPLY PAPERS, IF ANY, DUE _____

 _X_   SPEEDY TRIAL INFORMATION:
       CODE TYPE: _X-_          START DATE: 9/10/2015 XSTRT
                                STOP DATE: 11/6/2015 XSTOP

 _X_   NEXT STATUS CONFERENCE SET FOR 11/6/15 at 2:00 p.m.

 ___   OTHER: _____