UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

...................................................................F̶I̶L E D
UNITED STATES OF AMERICA    IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.                    WAIVER OF SPEEDY TRIAL

-V-                    ★    SEP 10 2015    ★
                                                        14 -cr- 555    (JFB)

_Christopher Shriet_         LONG ISLAND OFFICE
................................................................X
                                                        11/6/15

It is hereby stipulated that the time period from __9/10/15__ to __~~10/16/15~~__ be
excluded in computing time within which trial of the charges against the Defendant(s) must
commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

[X]    engagement in continuing plea negotiations;
[ ]    examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A)
       regarding mental or physical capacity;
[ ]    submission of pretrial motions through hearing or other disposition
       pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or

[ ]    _____

The Defendant has been fully advised by counsel of his/her rights guaranteed under the
Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74;
the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules
of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a
jury within a specified time period, not counting excludable periods.

The Court [ X ] approves this Speedy Trial Waiver/[ X ] otherwise excludes the time
based upon its findings that this action serves the ends of justice and outweighs the best interest
of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated:__Sep. 10, 2015__
Central Islip, NY                              _____
                                               Joseph F. Bianco, U.S.D.J.


Assistant U.S. Attorney or Special Assistant U.S. Attorney: _____

Defendant # 1: _____    Counsel: _____

Defendant # 2: _____    Counsel: _____

Defendant # 3: _____    Counsel: _____

Defendant # 4: _____    Counsel: _____