```
FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   OCT 13 2015   ★

LONG ISLAND OFFICE
```

6 October 2015

Christopher Grief
#65395-053
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

United States
-v-
Christopher Grief

14 CR 555
Request ~~for appointment~~ of new counsel

To Honorable Judge Bianco,

I request new counsel appointed to me under the CJA. I do not believe my current counsel has nor will provide effective assistance to me in this case. My reasons for this belief/request are:

① I have been visited by counsel only once since my arrest.

② ~~She hasn't discussed much of really anything with me.~~

③ She did nothing with me to prepare for my detention hearing dispite my request that we prepared some evidence for it.

Among other things as well. Most importantly I have lost faith in her assisting me effectively. This has been on my mind for months and I believe it to be neccisarry.

Sincerely,
Christopher Grief

✱ Legal Mail ✱

Honorable Judge Bianco
Federal Plaza
Central Islip, NY 11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 13 2015 ★
LONG ISLAND OFFICE

Christopher Gnef
#85395-053
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232