**CRIMINAL CAUSE FOR STATUS CONFERENCE**

BEFORE: Bianco,J.              DATE: 11/6/2015           TIME: 1:00 p.m.
                                                         TIME IN COURT: 15 minutes

DOCKET NUMBER: CR 14-0555      TITLE: USA v. Christopher Grief

DEFT NAME: Christopher Grief          DEFT: # 1
 X  PRESENT ___ NOT PRESENT      X  IN CUSTODY ___ ON BAIL

ATTY. FOR DEFT.: Anthony Lapinta (Appointed)
 X  PRESENT ___ NOT PRESENT              ___ RET    X  C.J.A.
                                         FED. DEF. OF NY, INC.

A.U.S.A.: Allen Bode                 DEPUTY CLERK: Michele Savona

COURT REPORTER: ___ P. AUERBACH   X  E. COMBS   ___ P. LOMBARDI
___ H. RAPAPORT   ___ M. STEIGER   ___ D. TURSI   ___ O. WICKER
___ S. PICOZZI

INTERPRETER: _____

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___  FIRST APPEARANCE OF DEFENDANT.

___  DEFT(S) STATES TRUE NAME TO BE: _____

___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

___  WAIVER OF INDICTMENT EXECUTED.

___  CASE ADJOURNED TO

___  BAIL CONTINUED FOR DEFENDANT.

 X   DEFT. CONTINUED IN CUSTODY.

___  ORDER OF DETENTION ENTERED.

___  BAIL SET AT _____

___  MOTIONS TO BE FILED BY _____

___  GOVERNMENT'S RESPONSE DUE _____

___  REPLY PAPERS, IF ANY, DUE _____

 X   SPEEDY TRIAL INFORMATION:
     CODE TYPE: X-           START DATE: 11/6/2015 XSTRT
                             STOP DATE: 12/14/2015 XSTOP

 X   NEXT STATUS CONFERENCE SET FOR 12/14/15 at 1:00 p.m.

___  OTHER: