CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.          DATE: 12/14/2015          TIME: 2:30 p.m.
                                                    TIME IN COURT: 5 minutes

DOCKET NUMBER: CR 14-0555     TITLE: USA v. Christopher Grief

DEFT NAME: Christopher Grief          DEFT: # 1
 X PRESENT   NOT PRESENT     X  IN CUSTODY      ON BAIL

ATTY. FOR DEFT.: Anthony Lapinta (Appointed)
 X PRESENT   NOT PRESENT                    RET     X  C.J.A.
                                            FED. DEF. OF NY, INC.

A.U.S.A.: Allen Bode                DEPUTY CLERK: C. Vukovich

COURT REPORTER:   P. AUERBACH    E. COMBS    P. LOMBARDI
   H. RAPAPORT    M. STEIGER    D. TURSI    O. WICKER
   S. PICOZZI


FTR:   2:30-2:35

 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___    FIRST APPEARANCE OF DEFENDANT.

___    DEFT(S) STATES TRUE NAME TO BE:

___    DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

___    WAIVER OF INDICTMENT EXECUTED.

___    CASE ADJOURNED TO

___    BAIL CONTINUED FOR DEFENDANT.

 X    DEFT. CONTINUED IN CUSTODY.

___    ORDER OF DETENTION ENTERED.

___    BAIL SET AT

___    MOTIONS TO BE FILED BY

___    GOVERNMENT'S RESPONSE DUE

___    REPLY PAPERS, IF ANY, DUE

**X**   SPEEDY TRIAL INFORMATION:
       CODE TYPE:   X-            START DATE: 12/14/2015 XSTRT
                                  STOP DATE:  02/12/2016 XSTOP

**X**   NEXT STATUS CONFERENCE SET FOR 2/12/16 at 1:00 p.m.

___    OTHER: