## CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE:** Bianco,J.          **DATE:** 2/12/2016          **TIME:** 1:00 p.m.
                                                    **TIME IN COURT:** 15 minutes

**DOCKET NUMBER:** CR 14-0555     **TITLE:** USA v. Christopher Grief

**DEFT NAME:** Christopher Grief          **DEFT:** # 1
 X  PRESENT ___ NOT PRESENT       X  IN CUSTODY ___ ON BAIL

**ATTY. FOR DEFT.:** Anthony Lapinta
 X  PRESENT ___ NOT PRESENT            ___ RET    X  C.J.A.
                                         FED. DEF. OF NY, INC.

**A.U.S.A.:** Allen Bode             **DEPUTY CLERK:** Michle Savona

**COURT REPORTER:**  X  P. AUERBACH   ___ E. COMBS   ___ P. LOMBARDI
  ___ H. RAPAPORT   ___ M. STEIGER   ___ D. TURSI   ___ O. WICKER
  ___ S. PICOZZI

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___  FIRST APPEARANCE OF DEFENDANT.

___  DEFT(S) STATES TRUE NAME TO BE:

___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

___  WAIVER OF INDICTMENT EXECUTED.

___  CASE ADJOURNED TO

___  BAIL CONTINUED FOR DEFENDANT.

 X   DEFT. CONTINUED IN CUSTODY.

___  ORDER OF DETENTION ENTERED.

___  BAIL SET AT

___  MOTIONS TO BE FILED BY

___  GOVERNMENT'S RESPONSE DUE

___  REPLY PAPERS, IF ANY, DUE

 X   SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-          START DATE: 2/12/2016 XSTRT
                             STOP DATE:  4/1/2016 XSTOP

 X   NEXT STATUS CONFERENCE SET FOR 4/1/16 at 1:30 p.m.

___  OTHER: