### CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.                DATE: 4/1/2016        TIME: 2:30 p.m.
                                                       TIME IN COURT: 5 minutes

DOCKET NUMBER: CR 14-0555        TITLE: USA v. Christopher Grief

DEFT NAME: Christopher Grief              DEFT: # 1
 X PRESENT___NOT PRESENT         X  IN CUSTODY ___ ON BAIL

ATTY. FOR DEFT.:Anthony Lapinta (Appointed)
 X PRESENT    NOT PRESENT                     RET    X  C.J.A.
                                              FED. DEF. OF NY, INC.

A.U.S.A.:Allen Bode                  DEPUTY CLERK: Michele Savona

COURT REPORTER: ____P. AUERBACH     ____E. COMBS     ____P. LOMBARDI
   ____H. RAPAPORT    X  M. STEIGER    ___D. TURSI     ____O. WICKER
   ____S. PICOZZI

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

____   FIRST APPEARANCE OF DEFENDANT.

____   DEFT(S) STATES TRUE NAME TO BE:_____

____   DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A
       NOT GUILTY PLEA TO THE INDICTMENT.

____   WAIVER OF INDICTMENT EXECUTED.

____   CASE ADJOURNED TO

____   BAIL CONTINUED FOR DEFENDANT.

 X   DEFT. CONTINUED IN CUSTODY.

____   ORDER OF DETENTION ENTERED.

____   BAIL SET AT   _____

____   MOTIONS TO BE FILED BY_____

____   GOVERNMENT'S RESPONSE DUE_____

____   REPLY PAPERS, IF ANY, DUE_____

 X   SPEEDY TRIAL INFORMATION:
       CODE TYPE:  X-_____     START DATE:4/1/2016 XSTRT
                                  STOP DATE: 5/2/2016 XSTOP

 X   NEXT STATUS CONFERENCE SET FOR 5/2/16 at 1:30 p.m.

____   OTHER:_____