## CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE:** Bianco,J.   **DATE:** 5/2/2016   **TIME:** 2:00 p.m.
                                              **TIME IN COURT:** 15 minutes

**DOCKET NUMBER:** CR 14-0555   **TITLE:** USA v. Christopher Grief

**DEFT NAME:** Christopher Grief   **DEFT:** # 1
___ PRESENT  _X_ NOT PRESENT   _X_ IN CUSTODY   ___ ON BAIL

**ATTY. FOR DEFT.:** Anthony Lapinta
_X_ PRESENT   ___ NOT PRESENT        ___ RET   _X_ C.J.A.
                                                FED. DEF. OF NY, INC.

**A.U.S.A.:** Allen Bode        **DEPUTY CLERK:** Michle Savona

**COURT REPORTER:**   ___ P. AUERBACH   _X_ E. COMBS   ___ P. LOMBARDI
   ___ H. RAPAPORT   ___ M. STEIGER   ___ D. TURSI   ___ O. WICKER
   ___ S. PICOZZI

_X_   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___   FIRST APPEARANCE OF DEFENDANT.

___   DEFT(S) STATES TRUE NAME TO BE:

___   DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

___   WAIVER OF INDICTMENT EXECUTED.

___   CASE ADJOURNED TO

___   BAIL CONTINUED FOR DEFENDANT.

_X_   DEFT. CONTINUED IN CUSTODY.

___   ORDER OF DETENTION ENTERED.

___   BAIL SET AT

___   MOTIONS TO BE FILED BY

___   GOVERNMENT'S RESPONSE DUE

___   REPLY PAPERS, IF ANY, DUE

_X_   SPEEDY TRIAL INFORMATION:
      CODE TYPE: _X-_   START DATE: 5/2/2016 XSTRT
                         STOP DATE: 5/13/2016 XSTOP

_X_   NEXT STATUS CONFERENCE SET FOR 5/13/16 at 2:00 p.m.

___   OTHER: