# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | Presiding Judge: **Joanna Seybert, Senior U.S.D.J.** |
| - v - | Case No(s).: **14-cr-0555-JS-SIL** |
| Christopher Grief | Date: **5/20/2024** |
| | Start Time: **12:31 PM**    Total Time: **10 mins.** |

### MINUTE ENTRY FOR A CRIMINAL PROCEEDING

### REGARDING A VIOLATION OF PROBATION OR SUPERVISED RELEASE

**SEALED PROCEEDING:** ☐ Yes ☑ No

## I. APPEARANCES:

Defendant (# **1**): **Christopher Grief**     Counsel: **Joshua Horowitz**
☑ Present ☐ Not Present ☑ In Custody ☐ On Bond ☐ Under Supervision     ☐ Retained ☐ Federal Defender ☑ CJA ☐ _____

Government: **Kaitlin McTague**        Interpreter(s): _____
                                        Language: _____

Probation Dept.: **Craig Schneider**    Court Reporter(s): **ToniAnn Lucatorto**

Other Appearances: _____
_____        FTR Time(s): _____
                  Courtroom Deputy: **Eric L. Russo**

## II. PROCEEDINGS HELD:

☑ In-Person        ☐ Arraignment (*see pg. 2*)           ☐ Fatico Hearing (*see pg. 3*)       ☐ Motion Hearing (*see pg. 3*)
☐ By Telephone     ☐ Bond/Sup. Mod. Hearing (*see pg. 5*) ☐ Initial Appearance (*see pg. 2*)  ☑ Plea Hearing (*see pg. 4*)
☐ By Video         ☐ Curcio Hearing (*see pg. 2*)         ☐ Jury Deliberations (*see pg. 3*)  ☐ Preliminary Hearing (*see pg. 2*)
                   ☐ Detention Hearing (*see pg. 5*)       ☐ Jury Selection (*see pg. 3*)      ☐ Sentencing/Re-Sentencing (*see pg. 4*)
                   ☐ Evidentiary Hearing (*see pg. 3*)     ☐ Jury Trial (*see pg. 3*)          ☐ Status/Pre-Trial Conference (*see pg. 2*)

☐ Other Proceeding: _____

**** INTENTIONALLY LEFT BLANK ****

## III. SUMMARY OF THE PROCEEDINGS:

☐ Arraignment held as to the charge(s) outlined in the _____.
    ☐ This was an initial appearance before this Court by the defendant.
    ☐ The defendant waived the public reading of the violation report (and/or any supplemental reports).
    ☐ The defendant was advised of, and acknowledged, the charges outlined in the violation report (and/or any supplemental reports).
    ☐ The defendant entered a plea of <u>NOT GUILTY</u> as to all charges outlined in the violation report (and/or any supplemental reports).
    ☐ The defendant waived the right to a Preliminary Hearing.
    ☐ The defendant did not waive the right to Preliminary Hearing.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Preliminary Hearing held as to the charge(s) _____ of the _____-charge _____.
    ☐ Witness(es) were called for the: ☐ Government; ☐ defendant.
    ☐ Exhibits were entered into evidence.
    ☐ The Court made the following ruling(s):
        ☐ There is probable cause to believe that the offense(s) had been committed by the defendant.
        ☐ There is no probable cause to believe that the offense(s) had been committed by the defendant and that:
            ☐ Charge(s) _____ of the violation report (and/or any supplemental reports) were <u>DISMISSED</u>.
            ☐ The defendant's term of Probation or Supervised Release was <u>TERMINATED</u>.
            ☐ The defendant shall remain on Probation or Supervised Release:
                ☐ for a total term of _____.
                ☐ that shall be completed by _____.
                ☐ The defendant shall comply with all the current conditions of supervision.
                ☐ The defendant shall comply with all the current conditions of supervision, with changes as outlined on the record.
    ☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was <u>RESERVED</u>.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Curcio Hearing held.
    ☐ Attorney _____ (☐ Federal Defender; ☐ CJA) was appointed to represent the defendant for purposes of this hearing.
    ☐ The parties presented their oral arguments to the Court.
    ☐ The defendant was informed of the potential dangers arising from any conflicts of interest with current defense counsel.
    ☐ The defendant <u>acknowledged and waived</u> any potential conflicts of interest and wishes to proceed with current defense counsel.
    ☐ The defendant requested that current counsel be relieved and:
        ☐ that the defendant will <u>retain new counsel</u>.
            ☐ The defendant must retain new counsel by _____; or within _____ of this hearing.
        ☐ that the Court <u>appoint new counsel</u>.
            ☐ The defendant completed and filed the CJA 23 Financial Affidavit for the Court's review.
    ☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was <u>RESERVED</u>.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Status Conference/Pre-Trial Conference held as to _____.
    ☐ This was an initial appearance before this Court by the defendant.
    ☐ The parties advised the Court of the status of the case.
    ☐ The Court deems (or previously deemed) this case <u>TRIAL READY</u>.
        ☐ The Court set the following pre-trial submission schedule:
            ☐ All <u>3500 material</u> and <u>404(b) evidence</u>:                        due by: _____.
            ☐ <u>Motion(s)</u> in Limine and all supporting papers:              due by: _____.
            ☐ <u>Opposition(s)</u> to Motions in Limine and all supporting papers:    due by: _____.
            ☐ <u>Reply(ies)</u> to Motions in Limine and all supporting papers:     due by: _____.
            ☐ Proposed <u>Voir Dire</u> questions and <u>case summary</u>:           due by: _____.
            ☐ Proposed <u>exhibit and witness list</u>:                    due by: _____.
            ☐ Proposed <u>Jury Charge</u> and <u>Verdict Sheet</u>:                due by: _____.
            ☐ The Court <u>WILL NOT</u> grant any extensions of the deadlines set forth above.
            ☐ The parties are directed to submit <u>courtesy copies</u> of their submissions in accordance with the Court's Individual Rules. <u>See</u> Rule IV.
    ☐ The parties were directed to file a proposed pre-trial submission schedule on or before _____.
    ☐ The Court will enter a separate order outlining the pre-trial submission schedule.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Evidentiary Hearing/Motion Hearing/Fatico Hearing held.
    ☐ Hearing held regarding _____.
    ☐ The parties presented their oral arguments to the Court.
    ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
    ☐ Exhibits were entered into evidence.
    ☐ The following briefing schedule was set:
        ☐ _____ shall serve the motion and all supporting papers:    due by: _____.
        ☐ _____ shall serve the opposition to the motion and all supporting papers:    due by: _____.
        ☐ _____ shall serve the cross-motion and all supporting papers:    due by: _____.
        ☐ _____ shall serve the reply and all supporting papers:    due by: _____.
        ☐ _____ shall serve the opposition to the cross motion and all supporting papers:    due by: _____.
        ☐ _____ shall serve the reply to the cross motion and all supporting papers:    due by: _____.
    ☐ The Court WILL NOT grant any extensions of the deadlines set forth above.
    ☐ The parties are directed to submit courtesy copies of their motion papers in accordance with the Court's Individual Rules. See Rule IV.
    ☐ The parties were directed to file a proposed briefing schedule on or before _____.
    ☐ The Court will enter a separate order outlining the briefing schedule.
    ☐ The Court made the following ruling(s):
        ☐ GRANTED as to: _____.
        ☐ DENIED as to: _____.
        ☐ GRANTED, in part, as to: _____.
        ☐ Decision RESERVED as to: _____.
    ☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Selection (*Voir Dire*) held.
    ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
    ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
    ☐ A jury of ____, with ____ alternates, were selected and are satisfactory to all parties.
        ☐ The Court ordered the jury to be: ☐ anonymous; ☐ sequestered; ☐ semi-sequestered.
    ☐ The selected jurors were sworn as trial jurors.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Trial held.
    ☐ A jury of ____, with ____ alternates, were previously selected by _____ and are satisfactory to all parties.
    ☐ The selected jurors were sworn as trial jurors.
    ☐ The jurors were given preliminary instructions by the Court.
    ☐ Opening statements were heard from the: ☐ Government; ☐ Defense Counsel.
    ☐ Witness(es) were called for the: ☐ Government; ☐ defendant.
    ☐ Exhibit(s) were entered into evidence.
    ☐ The Government rested its case.
    ☐ The defense rested its case.
    ☐ A Charge Conference was held with the Court and counsel.
    ☐ Summations were heard from the: ☐ Government; ☐ Defense Counsel; ☐ Government (*Rebuttal*).
    ☐ The Court charged the jury.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Deliberations held.
    ☐ The U.S. Marshal/Court Security Officer was sworn to monitor the jurors during deliberations.
    ☐ Jury Notes were received and marked as Court Exhibits.
    ☐ The Court instructed the jury to continue their deliberations pursuant to Allen v. United States (*Allen Charge*).
    ☐ The jury rendered the following verdict:
        ☐ _____ on Charge(s): _____.
        ☐ _____ on Charge(s): _____.
        ☐ _____ on Charge(s): _____.
    ☐ The jurors were polled as to their verdict.
    ☐ The Verdict Sheet was received and marked as a Court Exhibit.
    ☐ The jurors, including alternates, were excused with the thanks of the Court.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☑ Plea Hearing held as to charge(s) ____1____ of the _____ two-charge Third Violation of Supervised Release Report filed 2/28/2024 _____.
    ☑ The defendant was advised of, and acknowledged, the constitutional rights that will be waived when entering a plea of guilty.
    ☑ The defendant withdrew previously entered not guilty plea and entered a plea of GUILTY to the above referenced charge(s).
    ☑ Court found that the there is a factual basis for the guilty plea and ACCEPTED the defendant's plea of guilty.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Sentencing/Re-Sentencing held as to charge(s) _____ of the _____-charge _____.
    ☐ Oral presentations to the Court were made by: ☐ Defense Counsel; ☐ the defendant; ☐ the Government; ☐ the victim(s); ☐ _____.
    ☐ The defendant's term of Probation or Supervised Release is hereby: ☐ REVOKED; ☐ TERMINATED (*a sentence of time served*).
    ☐ The defendant was sentenced to IMPRISONMENT for a total term of _____.
        ☐ Upon release, the defendant shall be on SUPERVISED RELEASE:
            ☐ for a total term of _____.
            ☐ that shall be completed on _____.
            ☐ The defendant shall comply with the mandatory and standard conditions of supervision.
                ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
            ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
        ☐ The Court did not impose a term of Supervised Release.
    ☐ The defendant was sentenced to a continuation of: ☐ PROBATION; ☐ SUPERVISED RELEASE:
        ☐ for a total term of _____.
        ☐ that shall be completed on _____.
        ☐ The defendant shall comply with the mandatory and standard conditions of supervision.
            ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
        ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
    ☐ The defendant must pay the following criminal monetary penalties:
        ☐ RESTITUTION in the amount of:            $_____; (☐ An Order of Restitution was executed.)
        ☐ A FINE in the amount of:                 $_____.
        ☐ An AVAA ASSESSMENT fine in the amount of:  $_____.
        ☐ A JVTA ASSESSMENT fine in the amount of:   $_____.
    ☐ The interest requirement on any of the criminal monetary penalties:
        ☐ was ordered on the amounts of more than $2,500.00.
        ☐ was modified by the Court.
        ☐ was waived/not ordered/not applicable.
    ☐ Restitution: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
    ☐ A fine and/or other assessment: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
    ☐ The determination of Restitution and/or a fine was deferred pending further proceedings or by further motion to the Court.
    ☐ All other conditions shall remain in effect as previously ordered and outlined in the judgment dated _____.
    ☐ The defendant's right to appeal the Court's sentence:
        ☐ was waived (*pursuant to an agreement with the Government or as stated on the record*).
        ☐ was preserved. The defendant has the right to file an appeal within **fourteen (14) days** of the date that the judgment is **entered, not filed**.
    ☐ All open charges in the charging instrument(s) were dismissed on the motion of the United States.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

## IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:

☐ Bond Hearing/Supervision Modification Hearing/Detention Hearing held.
 ☐ The defendant did not present a bond application to the Court.
  ☐ An Order of Detention was executed.
  ☐ An Order Scheduling a Detention Hearing was executed.
 ☐ The bond application or supervision modification was GRANTED.
  ☐ An Order Setting Conditions of Release and Bond was executed.
  ☐ The conditions of release were modified, as stated on the record.
  ☐ An amended Order Setting Conditions of Release and Bond was executed.
 ☐ The bond application or supervision modification was DENIED.
  ☐ An Order of Detention was executed.
 ☐ The Government moved for immediate detention of the defendant.
  ☐ The motion was ☐ GRANTED; ☐ DENIED; ☐ GRANTED, in part.
  ☐ An Arrest Warrant was executed.
  ☐ An Order of Detention was executed.
  ☐ The conditions of release were modified, as stated on the record.
  ☐ An amended Order Setting Conditions of Release and Bond was executed.
 ☐ The decision regarding the bond application, supervision modification, or detention application was RESERVED.
  ☐ An Order Scheduling a Detention Hearing was executed.
  ☐ A temporary Order Setting Conditions of Release and Bond was executed.
 ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

**For a defendant currently IN-CUSTODY:**

☑ The defendant remains in custody.

☐ The following orders were executed and shall be forwarded to the U.S. Marshals Service and/or the Federal Bureau of Prisons:
 ☐ A Medical Evaluation Order.
 ☐ A Competency Order.
 ☐ A Force Order.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to sentencing/re-sentencing*), shall be RELEASED, FORTHWITH.
 ☐ A Time Served Order was executed and submitted to the U.S. Marshals Service.
 ☐ The defendant will be under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.
 ☐ The defendant will not serve a term of Supervised Release.

**For a defendant currently AT LIBERTY:**

☐ The defendant remains on bond and/or at liberty, under the supervision of the U.S. Probation Department.

☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall be IMMEDIATELY REMANDED to the custody of the U.S. Marshals Service and/or the Federal Bureau of Prisons.

☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall surrender for the service of the sentence before **2:00 PM on _____** at the institution designated by the Federal Bureau of Prisons. The defendant will REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the ordered surrender date.
 ☐ The U.S. Marshals Voluntary Surrender form was executed.
 ☐ Any motion to extend the surrender date must be made at least **thirty (30) days** prior to the ordered surrender date.
 ☐ The defendant was advised that there will be no extensions of the surrender date.

☐ The defendant, being sentenced to a TERM OF PROBATION or a CONTINUATION OF SUPERVISED RELEASE, will REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Probation.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released*), shall REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released as well as time under supervision*), shall be released from all conditions of supervision, forthwith.

## V. FURTHER PROCEEDINGS SET:

☐ No further proceedings have been set at this time.

☐ Bond/Supervision Mod. Hearing:   Set for _____ at _____ before _____ ; _____.

☐ Curcio Hearing:   Set for _____ at _____ before _____ ; _____.

☐ Detention Hearing:   Set for _____ at _____ before _____ ; _____.

☐ Evidentiary Hearing:   Set for _____ at _____ before _____ ; _____.

☐ Fatico Hearing:   Set for _____ at _____ before _____ ; _____.

☐ Jury Selection:   Set for _____ at _____ before _____ ; _____.

☐ Jury Trial:   Set for _____ at _____ before _____ ; _____.

☐ Motion Hearing:   Set for _____ at _____ before _____ ; _____.

☐ Plea Hearing:   Set for _____ at _____ before _____ ; _____.

☐ Preliminary Hearing:   Set for _____ at _____ before _____ ; _____.

☐ Pre-Trial Conference:   Set for _____ at _____ before _____ ; _____.

☐ Status Conference:   Set for _____ at _____ before _____ ; _____.

☑ Sentencing/Re-Sentencing:   Set for **8/12/2024** at **1:30 PM** before **Judge Joanna Seybert** ; **In Courtroom 1030**.
Filing of Sentencing Memoranda in accordance with the Court's Individual Rules (see Rule VII(D)(2)):
☑ The Government's sentencing memoranda:   due by: **8/5/2024**.
☑ The defendant's sentencing memoranda:   due by: **8/5/2024**.
☑ The parties are directed to submit courtesy copies of their submissions in accordance with the Court's Individual Rules (see Rule IV). If a party chooses to proceed without filing a sentencing memorandum, a letter to the Court advising as such must be filed by the due date set forth above, in lieu of their memorandum.

> **PARTIES ARE ON NOTICE**: 1) Once sentencing memoranda are filed, further sentencing submissions **will not be accepted** without prior, written, Court approval; and 2) If the Court does not receive any sentencing related filings by the due date set forth above, it may, sua sponte, adjourn sentencing to a date and time of its convenience.

☐ All sentencing memorandums have been filed. Further sentencing submissions **will not be accepted** without prior, written, Court approval.
☐ The Government waived the filing of a sentencing memorandum and/or reserved the right to make an oral presentation at sentencing.
☐ Defense counsel waived the filing of a sentencing memorandum and/or reserved the right to make an oral presentation at sentencing.

☐ The Court ordered the proceeding(s) above to be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: **877-336-1839, access code 7231185**.

☐ The Court ordered the proceeding(s) above to be held by video, via **ZoomGov**. The parties on the case will be sent a separate notice by the Courtroom Deputy with instructions on how to log into the video meeting as the scheduled date approaches.

☐ *Further instructions regarding the proceeding(s) set*:

```
                                                                                    
                                                                                    
                                                                                    
                                                                                    
                                                                                    
```

## VI. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ The record of this proceeding was deemed **SEALED**. Transcripts of this proceeding can be made available to the Court, the defendant(s), defense counsel, and the Government **ONLY**. Any other non-party must file a written request to the Court for permission to receive a copy of the transcripts.

☐ The Court made the following rulings:

## VII. ADDITIONAL RULINGS:

☐ The Court makes the following additional rulings (*not addressed during the proceedings*):