# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>- v -<br>Christopher Grief | Presiding Judge: **Joanna Seybert, Senior U.S.D.J.**<br>Case No(s).: **2:14-cr-00555 (JS)(SIL)**<br>Date: **10/01/2025**<br>Start Time: **1:59 PM**   Total Time: **20 Minutes** |

### MINUTE ENTRY FOR A CRIMINAL PROCEEDING

### REGARDING A VIOLATION OF PROBATION OR SUPERVISED RELEASE

SEALED PROCEEDING: ☐ Yes ☑ No

**I. APPEARANCES:**

Defendant (# **001**): **Christopher Grief**   Counsel: **Joshua Jacob Horowitz**
☑ Present ☐ Not Present ☐ In Custody ☐ On Bond ☑ Under Supervision   ☐ Retained ☐ Federal Defender ☑ CJA ☐ _____

Government: **Kaitlin Curran McTague**   Interpreter(s): _____
  Language: _____
Probation Dept.: **Darryl A. Spencer**   Court Reporter(s): **Denise Parisi**
Other Appearances: _____
  FTR Time(s): _____
  Courtroom Deputy: **Doreen Flanagan**

**II. PROCEEDINGS HELD:**

☑ In-Person    ☑ Arraignment (*see pg. 2*)    ☑ Initial Appearance (*see pg. 2*)    ☐ Pre-Trial Conference (*see pg. 2*)
☐ By Telephone ☐ Bond Hearing (*see pg. 5*)    ☐ Jury Deliberations (*see pg. 3*)  ☐ Preliminary Hearing (*see pg. 2*)
☐ By Video     ☐ Curcio Hearing (*see pg. 2*)  ☐ Jury Selection (*see pg. 3*)     ☐ Resentencing (*see pg. 4*)
               ☐ Detention Hearing (*see pg. 5*) ☐ Jury Trial (*see pg. 3*)        ☐ Sentencing (*see pg. 4*)
               ☐ Evidentiary Hearing (*see pg. 3*) ☐ Motion Hearing (*see pg. 3*)   ☐ Status Conference (*see pg. 2*)
               ☐ Fatico Hearing (*see pg. 3*)  ☐ Plea Hearing (*see pg. 4*)       ☑ Supervision Mod. Hearing (*see pg. 5*)

☐ Other Proceeding: _____

**** INTENTIONALLY LEFT BLANK ****

## III. SUMMARY OF THE PROCEEDINGS:

- ☑ Arraignment _____ held as to Fourth Violation of Supervised Release Report Filed on September 24, 2025 _____.
  - ☑ This was the defendant's initial appearance before this Court.
  - ☑ The defendant waived the public reading of the violation report (and/or any supplemental reports).
  - ☑ The defendant was advised of, and acknowledged, the charges outlined in the violation report (and/or any supplemental reports).
  - ☑ The defendant entered a plea of NOT GUILTY as to all charges outlined in the violation report (and/or any supplemental reports).
  - ☑ The defendant waived the right to a Preliminary Hearing.
  - ☐ The defendant did not waive the right to Preliminary Hearing.
  - ☐ The parties advised the Court of the status of the case.
  - ☐ The Court deemed, or previously deemed, this case TRIAL READY.
    - ☐ The Court set the following pre-trial submission schedule:
      - ☐ The Government shall turn over all 3500 material and 404(b) evidence to the defendant by: _____
      - ☐ Motion(s) in Limine and all supporting papers shall be filed by: _____
      - ☐ Opposition(s) to Motions in Limine and all supporting papers shall be filed by: _____
      - ☐ Reply(ies) to Motions in Limine and all supporting papers shall be filed by: _____
      - ☐ Proposed voir dire questions and a brief case summary shall be filed by: _____
      - ☐ Proposed exhibits and a witness list shall be filed by: _____
      - ☐ Proposed jury charge and verdict sheet shall be filed by: _____
      - ☐ The Court will not grant any extensions of the deadlines set forth above.
      - ☐ The parties are directed to submit courtesy copies of their submissions in accordance with the Court's Individual Rules (see Rule IV).
      - ☐ The parties are directed to e-mail copies of the proposed case summary, voir dire questions, witness list, jury charge, and verdict sheets in Word format to the Chambers e-mail at "Seybert_Chambers@nyed.uscourts.gov".
    - ☐ The parties were directed to file a proposed pre-trial submission schedule on or before _____.
    - ☐ The Court will enter a separate order outlining the pre-trial submission schedule.
  - ☐ See Section VI and/or Section VII (page 7) for additional details and/or rulings.

- ☐ Preliminary Hearing held as charge(s) _____ of the _____-charge _____.
  - ☐ Witness(es) were called for the: ☐ Government; ☐ defendant.
  - ☐ Exhibits were entered into evidence.
  - ☐ The Court made the following ruling(s):
    - ☐ There is probable cause to believe that the offense(s) had been committed by the defendant.
    - ☐ There is no probable cause to believe that the offense(s) had been committed by the defendant and that:
      - ☐ Charge(s) _____ of the violation report (and/or any supplemental reports) were DISMISSED.
      - ☐ The defendant's term of Probation or Supervised Release was TERMINATED.
      - ☐ The defendant shall remain on Probation or Supervised Release:
        - ☐ for a total term of _____.
        - ☐ that shall be completed on _____.
        - ☐ The defendant shall comply with all the current conditions of supervision.
        - ☐ The defendant shall comply with all the current conditions of supervision, with changes as outlined on the record.
  - ☐ The Court's decision: ☐ was RESERVED; ☐ was entered on the record; ☐ will be entered under a separate order.
  - ☐ See Section VI and/or Section VII (page 7) for additional details and/or rulings.

- ☐ Curcio Hearing held.
  - ☐ Attorney _____ (☐ Federal Defender ☐ CJA) was appointed to represent the defendant for purposes of this hearing.
  - ☐ The parties presented their oral arguments to the Court.
  - ☐ The defendant was informed of the potential dangers arising from any conflicts of interest with current defense counsel.
  - ☐ The defendant acknowledged and waived any potential conflicts of interest and wishes to proceed with current defense counsel.
  - ☐ The defendant requested that current counsel be relieved and:
    - ☐ that the defendant will retain new counsel.
      - ☐ The defendant must retain new counsel: ☐ by _____; ☐ within _____ of this hearing.
    - ☐ that the Court appoint new counsel.
      - ☐ The defendant completed and filed the CJA 23 Financial Affidavit for the Court's review.
  - ☐ The Court's decision: ☐ was RESERVED; ☐ was entered on the record; ☐ will be entered under a separate order.
  - ☐ See Section VI and/or Section VII (page 7) for additional details and/or rulings.

- ☐ _____ Hearing held.
    - ☐ Hearing held regarding _____.
    - ☐ The parties presented their oral arguments to the Court.
    - ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
    - ☐ Exhibits were entered into evidence.
    - ☐ The following briefing schedule was set:
        - ☐ _____ shall file and serve the <u>motion</u> and all supporting papers by: _____
        - ☐ _____ shall file and serve the <u>opposition to the motion</u> and all supporting papers by: _____
        - ☐ _____ shall file and serve the <u>cross-motion</u> and all supporting papers by: _____
        - ☐ _____ shall file and serve the <u>reply</u> and all supporting papers by: _____
        - ☐ _____ shall file and serve the <u>opposition to the cross motion</u> and all supporting papers by: _____
        - ☐ _____ shall file and serve the <u>reply to the cross motion</u> and all supporting papers by: _____
        - ☐ The Court will not grant any extensions of the deadlines set forth above.
        - ☐ The parties are directed to submit courtesy copies of their submissions in accordance with the Court's Individual Rules (<u>see</u> Rule IV).
    - ☐ The parties were directed to file a proposed briefing schedule on or before _____.
    - ☐ The Court will enter a separate order outlining the briefing schedule.
    - ☐ The Court made the following ruling(s):
        - ☐ GRANTED, as to: _____.
        - ☐ DENIED, as to: _____.
        - ☐ GRANTED, in part, as to: _____.
        - ☐ Decision RESERVED, as to: _____.
    - ☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order.
    - ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

- ☐ Jury Selection/Voir Dire held.
    - ☐ The Court ordered the jury to be: ☐ anonymous; ☐ sequestered; ☐ semi-sequestered; ☐ _____.
    - ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
    - ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
    - ☐ A jury of _____, with _____ alternates, were selected and are satisfactory to all parties.
    - ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

- ☐ Jury Trial held.
    - ☐ A jury of _____, with _____ alternates, previously selected by _____, are satisfactory to all parties.
    - ☐ The selected jurors were sworn as trial jurors.
    - ☐ The jurors were given preliminary instructions by the Court.
    - ☐ Opening statements were heard from the: ☐ Government; ☐ Defense Counsel.
    - ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
    - ☐ Exhibit(s) were entered into evidence.
    - ☐ The Government rested its case.
    - ☐ The defense rested its case.
    - ☐ A Charge Conference was held with the Court and counsel.
    - ☐ Summations were heard from the: ☐ Government; ☐ Defense Counsel; ☐ Government (*Rebuttal*).
    - ☐ The Court charged the jury.
    - ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

- ☐ Jury Deliberations held.
    - ☐ The U.S. Marshal/Court Security Officer was sworn to monitor the jurors during deliberations.
    - ☐ Jury Notes were received and marked as Court Exhibits.
    - ☐ The Court instructed the jury to continue their deliberations pursuant to Allen v. United States (*Allen Charge*).
    - ☐ The jury rendered the following verdict:
        - ☐ _____ on Charge(s): _____.
        - ☐ _____ on Charge(s): _____.
        - ☐ _____ on Charge(s): _____.
    - ☐ The jurors were polled as to their verdict.
    - ☐ The Verdict Sheet was received and marked as a Court Exhibit.
    - ☐ The jurors, including alternates, were excused with the thanks of the Court.
    - ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

- ☐ Plea Hearing held as to charge(s) _____ of the _____-charge _____.
  - ☐ The defendant was advised of, and acknowledged, the constitutional rights that will be waived when entering a plea of guilty.
  - ☐ The defendant withdrew previously entered not guilty plea and entered a plea of GUILTY to the above referenced charge(s).
  - ☐ Court found that the there is a factual basis for the guilty plea and ACCEPTED the defendant's plea of guilty.
  - ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

- ☐ _____ held as to charge(s) _____ of the _____-charge _____.
  - ☐ Oral presentations to the Court were made by: ☐ Defense Counsel; ☐ the defendant; ☐ the Government.
    - ☐ Additional presentations were made to the Court by: ☐ the victim(s); ☐ _____; ☐ _____.
  - ☐ The defendant's current term of Probation or Supervised Release is hereby:
    - ☐ REVOKED.
    - ☐ TERMINATED (*a sentence of time served*).
  - ☐ The defendant was sentenced to IMPRISONMENT for a total term of:
    - ☐ TIME SERVED.
    - ☐ _____.
    - ☐ Upon release, the defendant shall be on SUPERVISED RELEASE:
      - ☐ for a total term of _____.
      - ☐ that shall be completed on _____.
      - ☐ The defendant shall comply with the mandatory and standard conditions of supervision.
        - ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
      - ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
    - ☐ The Court did not impose a term of Supervised Release.
  - ☐ The defendant was sentenced to a continuation of:
    - ☐ PROBATION.
    - ☐ SUPERVISED RELEASE.
    - ☐ for a total term of _____.
    - ☐ that shall be completed on _____.
    - ☐ The defendant shall comply with the mandatory and standard conditions of supervision.
      - ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
    - ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
  - ☐ The defendant must pay the following criminal monetary penalties:
    - ☐ RESTITUTION in the amount of:         $ _____
      - ☐ An Order of Restitution was executed.
    - ☐ A FINE in the amount of:              $ _____
    - ☐ A SPECIAL ASSESSMENT fine in the amount of:   $ _____
    - ☐ An AVAA ASSESSMENT fine in the amount of:     $ _____
    - ☐ A JVTA ASSESSMENT fine in the amount of:      $ _____
  - ☐ The interest requirement on any of the criminal monetary penalties:
    - ☐ was ordered on the amounts of more than $2,500.00.
    - ☐ was modified by the Court as stated on the record.
    - ☐ was waived/not ordered/not applicable.
  - ☐ Restitution: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
  - ☐ A fine and/or other assessment: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
  - ☐ The determination of Restitution and/or a fine was deferred pending further proceedings or by further motion to the Court.
  - ☐ All other conditions shall remain in effect as previously ordered by the Court on _____.
  - ☐ The defendant's RIGHT TO APPEAL the Court's sentence:
    - ☐ was waived (*pursuant to the Plea/Cooperation Agreement, or as stated on the record*).
    - ☐ is preserved. The defendant may file an appeal within fourteen (14) days of the date that the judgment is entered, not filed.
  - ☐ All open charges in the outstanding violation report (and/or any supplemental reports) were dismissed on the motion of the United States.
  - ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

## IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:

- ☑ <u>Detention</u> Hearing held.
    - ☐ The defendant did not present a bond application to the Court.
        - ☐ An Order of Detention was executed.
        - ☐ An Order Scheduling a Detention Hearing was executed.
    - ☐ The bond application or supervision modification was GRANTED.
        - ☐ An Order Setting Conditions of Release and Bond was executed.
        - ☐ The conditions of release were modified, as stated on the record.
        - ☐ An amended Order Setting Conditions of Release and Bond was executed.
    - ☐ The bond application or supervision modification was DENIED.
        - ☐ An Order of Detention was executed.
    - ☑ The Government moved for immediate detention of the defendant.
        - ☑ The motion was ☑ GRANTED; ☐ DENIED; ☐ GRANTED, in part.
        - ☐ An Arrest Warrant was executed.
        - ☑ An Order of Detention was executed.
        - ☐ The conditions of release were modified, as stated on the record.
        - ☐ An amended Order Setting Conditions of Release and Bond was executed.
    - ☐ The decision regarding the bond application, supervision modification, or detention application was RESERVED.
        - ☐ An Order Scheduling a Detention Hearing was executed.
        - ☐ A temporary Order Setting Conditions of Release and Bond was executed.
    - ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

**For a defendant currently IN-CUSTODY:**

- ☐ The defendant remains in custody.

- ☐ The following orders were executed and shall be forwarded to the U.S. Marshals Service and/or the Federal Bureau of Prisons:
    - ☐ A Medical Evaluation Order.
    - ☐ A Competency Order.
    - ☐ A Force Order.

- ☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to sentencing/re-sentencing*), shall be RELEASED, FORTHWITH.
    - ☐ A Time Served Order was executed and submitted to the U.S. Marshals Service.
    - ☐ The defendant will be under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.
    - ☐ The defendant will not serve a term of Supervised Release.

**For a defendant currently AT LIBERTY:**

- ☐ The defendant remains on bond and/or at liberty, under the supervision of the U.S. Probation Department.

- ☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall be IMMEDIATELY REMANDED to the custody of the U.S. Marshals Service and/or the Federal Bureau of Prisons.

- ☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall surrender for the service of the sentence before 2:00 PM on _____ at the institution designated by the Federal Bureau of Prisons. The defendant will REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the ordered surrender date.
    - ☐ The U.S. Marshals Voluntary Surrender form was executed.
    - ☐ Any motion to extend the surrender date must be made at least thirty (30) days prior to the ordered surrender date.
    - ☐ The defendant was advised that there will be no extensions of the surrender date.

- ☐ The defendant, being sentenced to a TERM OF PROBATION or a CONTINUATION OF SUPERVISED RELEASE, will REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Probation.

- ☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released*), shall REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.

- ☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released as well as time under supervision*), SHALL BE RELEASED FROM ALL CONDITIONS OF SUPERVISION, FORTHWITH.

## V. FURTHER PROCEEDINGS SET:

☐ No further proceedings have been set at this time.

☑ The following proceedings have been set:
    ☑ <u>Status Conference</u> is set for **11/19/2025** at **10:30 AM** before <u>Judge Joanna Seybert</u>, in <u>Courtroom 1030</u>.
        ☐ The Government's sentencing memorandum is due by: _____
        ☐ The defendant's sentencing memorandum is due by: _____
        ☐ Additional details regarding the proceeding set:

    ☐ _____ is set for _____ at _____ before _____, _____.
        ☐ The Government's sentencing memorandum is due by: _____
        ☐ The defendant's sentencing memorandum is due by: _____
        ☐ Additional details regarding the proceeding set:

    ☐ _____ is set for _____ at _____ before _____, _____.
        ☐ The Government's sentencing memorandum is due by: _____
        ☐ The defendant's sentencing memorandum is due by: _____
        ☐ Additional details regarding the proceeding set:

    ☐ _____ is set for _____ at _____ before _____, _____.
        ☐ The Government's sentencing memorandum is due by: _____
        ☐ The defendant's sentencing memorandum is due by: _____
        ☐ Additional details regarding the proceeding set:

☐ The parties are directed to file their sentencing memoranda in accordance with the Court's Individual Rules (<u>see</u> Rule VII(D)(2)).

☐ The Court ordered one or more of the proceedings above to be held telephonically. The parties are directed to initiate a conference call among themselves, then they are to call the Court's Courtroom Deputy at the following number: **631-712-5615**.

☐ The Court ordered one or more of the proceedings above to be held by video, **via ZoomGov**. The parties on the case will be sent a separate notice by the Court's Courtroom Deputy with instructions on how to log into the video meeting as the scheduled date for the proceeding approaches.

☐ See Section VI and/or Section VII (*page 7*) for additional details regarding the proceeding(s) set.

## VI. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ **The record of this proceeding was ordered SEALED**. Transcripts of this proceeding can be made available to the Court, the defendant(s), defense counsel, and the Government **ONLY**. Any other non-party must file a written request to the Court for permission to receive a copy of the transcripts.

☑ The Court made the following rulings:

> The Government presented a motion to immediately detain the Defendant. Arguments heard by Counsel for the Defendant and Counsel for the Government. The Court grants the Government's motion and the Defendant is hereby detained.

## VII. ADDITIONAL RULINGS:

☐ The Court makes the following additional rulings (*not addressed during the proceedings*):