Medical Evaluation Order (rev. 5/22)  Page 1

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
DEC 03 2025
LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT
## Eastern District of New York

UNITED STATES OF AMERICA

- v -

__Christopher Grief__
*Defendant*

Case No.: 2:14-cr-00555-001 (JS)

## MEDICAL EVALUATION ORDER

The above-named defendant, currently detained at __Metropolitan Detention Center, Brooklyn__, U.S. Marshal number __85395-053__, advised the Court of the need for medical attention. The Court brings this matter to your attention so that the defendant's medical needs may be addressed, promptly, while being housed in the facility mentioned above during the defendant's term of incarceration.

The specifics of the defendant's medical condition/needs/treatment/prescriptions are as follows:

The MDC is directed to expeditiously ensure that Christopher Grief receives the following, necessary medical care -

1) Follow-up care for Mr. Grief's eyes, particularly his left eye and the stitches above them resulting from the violent assault on him in the MDC;
2) Providing Mr. Grief with any and all necessary medications required to treat his severe ADHD and other mental health issues;
3) Providing Mr. Grief with his glasses, which he last had possession of in Unit 83, so that he may be able to see at least out his right eye;
4) Providing Mr. Grief with the power cord to his CPAP machine so that he can utilize it as required; and
5) Providing Mr. Grief with other necessary medical care as may be required.

SO ORDERED:

/s/ Joanna Seybert
*Joanna Seybert, Senior US District Judge*

Dated: __12/3/2025__
Central Islip, NY